377 A.2d 179

Commonwealth v. MacKay, Appellant.

Submitted March 21, 1977. Joseph R. D'Annunzio and Calvin S. Drayer, Jr., Assistant Public Defenders, for appellant; Robert A. Selig and Eric J. Cox, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 180

Commonwealth v. Martin, Appellant.

Submitted December 6, 1976. Gene E. Goldenziel, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.